```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05394
   REGINA K SANDERS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-0174


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/07/08 .

   2.  Case reassigned to Lydia Meyer, Trustee, 03/13/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
POPULAR MORTGAGE SRV INC  CURRENT MORTG        .00            .00              .00
POPULAR MORTGAGE SRV INC  SECURED              .00            .00              .00
CHASE AUTOMOTIVE FINANCE  SECURED VEHIC        .00            .00              .00
ILLINOIS DEPT REVENUE     PRIORITY        NOT FILED           .00              .00
CHASE BANK USA            UNSECURED       NOT FILED           .00              .00
CITIBANK NA               UNSECURED       NOT FILED           .00              .00
PJ LANDSCAPING            UNSECURED       NOT FILED           .00              .00
SALLIE MAE GUARANTEE SER  UNSECURED       NOT FILED           .00              .00
SHERMAN HOSPITAL          UNSECURED       NOT FILED           .00              .00
WELLS FARGO CARD SERVICE  UNSECURED       NOT FILED           .00              .00
        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00          .00          .00
PRINCIPAL PAID         .00         .00          .00          .00          .00
INTEREST PAID          .00         .00          .00          .00          .00
TOTAL PAID             .00         .00          .00          .00          .00
The Debtor's attorney, PAUL M BACH               , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 06/26/08                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 05394 REGINA K SANDERS
```